

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

CWE
F. #2021R01001

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 16, 2022

<u>By Hand</u>

The Honorable Peggy Kuo
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:   United States v. Anton Napolsky and Valeriia Ermakova
            <u>Docket No. 22-MJ-1139</u>

Dear Judge Kuo:

      The government respectfully moves for an order unsealing the above-captioned matter in its entirety.

      Respectfully submitted,

      BREON PEACE
      United States Attorney

By:   /s/ CHAND EDWARDS-BALFOUR
          Digitally signed by CHAND EDWARDS-BALFOUR
          Date: 2022.11.15 17:14:10 -05'00'

      Chand W. Edwards-Balfour
      Assistant U.S. Attorney
      (718) 254-6238

Enclosure

cc:   Clerk of Court (by ECF)

CWE
F.# 2021R01001

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

Anton Napolsky and
Valeriia Ermakova

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - X

P R O P O S E D   O R D E R

22-MJ-1139

       Upon the application of BREON PEACE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Chand W. Edwards-Balfour, for an order unsealing the above-captioned matter in its entirety.

       WHEREFORE, it is ordered that the above-captioned matter in its entirety be unsealed.

Dated:   Brooklyn, New York
           November 16, 2022

                                            _____
                                            HONORABLE PEGGY KUO
                                            UNITED STATES MAGISTRATE JUDGE
                                            EASTERN DISTRICT OF NEW YORK