File Date: November 16, 2022
Case Number: 22-cr-525
Judge Nina Morrison
Magistrate Judge Cheryl L. Pollak

**INFORMATION SHEET**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

1. Title of Case: <u>United States v. Anton Napolsky et. al.</u>

2. Related Magistrate Docket Number(s): <u>22-MJ-1139</u>

3. Arrest Date: <u>11/3/2022</u>

4. Nature of offense(s):   ☒  Felony
   ☐  Misdemeanor

5. Related Cases - Title and Docket No(s). (Pursuant to Rule 50.3.2 of the Local E.D.N.Y. Division of Business Rules): _____

6. Projected Length of Trial:   Less than 6 weeks   ☒
   More than 6 weeks   ☐

7. County in which crime was allegedly committed: <u>Kings County</u>
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Was any aspect of the investigation, inquiry and prosecution giving rise to the case pending or initiated before March 10, 2012.   ☐ Yes   ☒ No

9. Has this indictment/information been ordered sealed?   ☐ Yes   ☒ No

10. Have arrest warrants been ordered?   ☒ Yes   ☐ No

11. Is there a capital count included in the indictment?   ☐ Yes   ☒ No

BREON PEACE
United States Attorney

By: _____
Chand W. Edwards-Balfour
Assistant U.S. Attorney
(718) 254-6238

Rev. 10/04/12