UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X

UNITED STATES OF AMERICA
v.
Anton Napolsky et al.,
                          Defendants.

--------------------------------------------------------X

Case No. 22-cr-525
_____

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

TO:    Opposing Counsel
       _____

       Chand Warren Edwards-Balfour, Esq.
       _____

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and

the Certificate(s) of Good Standing annexed thereto, I  Anna V. Brown  will move this

Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York for an order allowing the admission of movant, a

member of the firm of Brown Legal Consulting, LLC  and a member in good standing of

the bar(s) of the State(s) of New Jersey and Pennsylvania , as attorney *pro hac*

*vice* to argue or try this case in whole or in part as counsel for  Defendant

Anton Napolsky
_____. There are no pending disciplinary

proceedings against me in any state or federal court. (If there are any disciplinary proceedings,

describe them.)

Respectfully submitted,

Dated:  03/07/2023
       _____

*[signature: Anna V. Brown]*
_____
Signature of Movant  Anna V. Brown, Esq.
Firm Name Brown Legal Consulting, LLC
Address 10 Rittenhouse Rd.
 Frenchtown, NJ 08825
Email anna@brownlegalconsulting.com
Phone (856) 357-4651