

## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

*Anna Vladimirovna Brown, Esq.*

DATE OF ADMISSION

*May 8, 2007*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated:  February 21, 2023

_____
Elizabeth E. Zisk
Chief Clerk