UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

ANTON NAPOLSKY, also known as
"Anton Napolskiy," and VALERIIA
ERMAKOVA,
          Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

22-CR-525 (NRM)

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Assistant United States Attorney Antoinette N. Rangel from this point forward will be added as counsel in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

    Assistant U.S. Attorney Antoinette N. Rangel
    United States Attorney's Office (Criminal Division)
    271-A Cadman Plaza East
    Brooklyn, New York 11201
    Tel:  (718) 254-7481 | Email: Antoinette.Rangel@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Antoinette N. Rangel at the email address set forth above.

Dated:    Brooklyn, New York
            March 9, 2023

                                      Respectfully submitted,

                                      BREON PEACE
                                      United States Attorney
                       By:   /s/ Antoinette N. Rangel
                                      Antoinette N. Rangel
                                      Assistant U.S. Attorney

cc:    Clerk of the Court (NRM) (By ECF)
       Counsel of Record (By ECF)