

# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Maria Temkin, Esq.

**DATE OF ADMISSION**

November 20, 2001

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: March 13, 2023

*Elizabeth Zisk*

Elizabeth E. Zisk
Chief Clerk