UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X
UNITED STATES OF AMERICA,

                     Plaintiff,

- against –

ANTON NAPOLSKY,                         Case No. 22-CR-525 (NRM)
also known as "Anton Napolskiy," and
VALERIIA ERMAKOVA,

                     Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Anna V. Brown, Esq. admitted *pro hac vice* enters her appearance on behalf of Defendant Anton Napolsky in the above-captioned matter.

All future correspondence to Defendant Anton Napolsky in the above-captioned matter should be sent to:

        Anna V. Brown, Esq.
        Brown Legal Consulting, LLC
        10 Rittenhouse Road
        Frenchtown, NJ 08825
        Tel. (856) 357-4651
        Email: anna@brownlegalconsulting.com

All future ECF notifications should be sent at the email address set forth above.

Dated:    April 17, 2023					Respectfully submitted,


							*s/ Anna V. Brown, Esq.*
							Anna V. Brown, Esq.
							Brown Legal Consulting, LLC
							10 Rittenhouse Road
							Frenchtown, NJ 08825
							Tel. (856) 357-4651
							Fax. (856) 219-2038
							anna@brownlegalconsulting.com
							*Admitted Pro Hac Vice*

							*Attorney for Defendant Anton Napolsky*



cc:   Clerk of the Court (By ECF)
      Counsel of Record (By ECF)