UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,                            1:22-cr-00525-NRM-CLP
                     Plaintiff,

   -against-

                                                                             NOTICE OF APPEARANCE

ANTON NAPOLSKY, et. al.
                     Defendants,
-------------------------------------------------------------X

      PLEASE TAKE NOTICE that having been admitted *pro hac vice* in the above-captioned matter, I, Maria Temkin, Esq. I appear in this case as counsel for Defendant, Valeriia Ermakova.

      Please direct all future correspondence and ECF notifications to the undersigned at the address set forth below.

                                                             Respectfully submitted,

Dated: July 12, 2023                                   TEMKIN & ASSOCIATES, LLC

                                                             /s/ M. Temkin
                                                             _____

                                                             Maria Temkin, Esq. (*pro hac vice*)
                                                             1700 Market Street, Suite 1005
                                                            Philadelphia, PA 19103
                                                            maria@temkinlegal.com
                                                           Phone (215) 939-4181
                                                           *Attorney for Defendant Valeriia Ermakova*

CC:    Clerk of the Court (by ECF)
           All Counsel of Record (By ECF)