UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X
UNITED STATES OF AMERICA,

                           Plaintiff,

- against –

ANTON NAPOLSKY,                                     1:22-cr-00525-NRM-CLP
also known as "Anton Napolskiy," and

VALERIIA ERMAKOVA,

                           Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

## DEFENDANTS' JOINT NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the annexed Memorandum of Law in Support, Defendants Anton Napolsky and Valeriia Ermakova, by and through her undersigned attorneys, respectfully jointly move this Court, before the Honorable Nina R. Morrison, at the United States District Court, Eastern District of New York, for an order dismissing the Indictment and/or any other relief that the Court deems just and fit.

Dated: July 12, 2023                              Respectfully submitted,

TEMKIN & ASSOCIATES, LLC                BROWN LEGAL CONSULTING, LLC

*s/ Maria Temkin, Esq.*                          *s/ Anna V. Brown, Esq.*
1700 Market Street, Suite 1005              10 Rittenhouse Rd.
Philadelphia, PA 19103                        Frenchtown, NJ 08825
Telephone: (215) 939-4181                 Telephone: (856) 357-4651
Email: maria@temkinlegal.com            Email: anna@brownlegalconsulting.com
*Attorney for Defendant Valeriia Ermakova*   *Attorney for Defendant Anton Napolsky*
*Admitted Pro Hac Vice*                        *Admitted Pro Hac Vice*


cc:     Clerk of the Court (By ECF)
         Counsel of Record (By ECF)