LIVE COVERAGE

# Russia-Ukraine War News: March 9-10, 2022

## Full coverage of Russia's invasion of Ukraine

Last Updated: Mar. 11, 2022 at 12:19 AM EST

‹ Live Coverage Feed

Mar. 9, 2022 at 2:57 PM ★

### Amazon Halts Shipping, Prime Video Services in Russia

By *Sebastian Herrera*

EXHIBIT 3



Amazon customers are largely located in the U.S. and Europe. (Michael Nagle/Bloomberg News)

Amazon.com Inc. has suspended shipments of retail products and access to Prime Video to customers in Russia, part of a broader effort by the company and other technology giants to remove ties with the country.

Amazon's decision means consumers in Russia will no longer be able to order products on Amazon or use its Prime Video streaming services.

While the company doesn't break out sales from Russia in its financial statements, its customer base there is minimal compared with its largest markets. Amazon customers are largely located in the U.S. and Europe, and the online retailer said it has no data centers, infrastructure or offices in Russia. The company said it has a long-standing policy of not doing business with the Russian government.

Large technology companies have moved to distance themselves from Russia after its invasion of Ukraine. Apple recently stopped selling iPhones and other products in the country, and Dell Technologies also suspended product sales there.

ADVERTISEMENT

Amazon has said it is providing cybersecurity support in Ukraine and has donated $5 million to organizations providing help on the ground. The company earlier stopped accepting new customers in Russia and Belarus for its cloud-computing arm Amazon Web Services. The company's cloud rival, Microsoft Corp., suspended new sales in Russia last week.

**Amazon.com Inc.**  AMZN (U.S.: Nasdaq)                                    $102.93 USD  -2.52  -2.39% ⬇

Share