**ANNA V. BROWN, ESQ.**
**BROWN LEGAL CONSULTING, LLC**

10 RITTENHOUSE ROAD
FRENCHTOWN, NJ 08825
TEL. 1 (856) 357-4651
FAX. 1 (856) 219-2038
anna@brownlegalconsulting.com
WWW.BROWNLEGALCONSULTING.COM
LICENSED IN PENNSYLVANIA & NEW JERSEY

July 14, 2023

The Honorable Nina R. Morrison
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re: USA v. Napolsky et al, Case No. 1:22-cr-00525-NRM-CLP**

Dear Judge Morrison:

Our office represents Defendant Anton Napolsky in the above referenced matter. Pursuant to the Scheduling Order dated July 12, 2023, with the consent of all parties, we respectfully propose the following mutually agreed upon schedule for the Court's approval:

- The Government shall serve and file its opposition to Defendants' Motion to Dismiss [12] by August 14, 2023;

- Defendants shall serve and file their reply, if any, by September 11, 2023.[1]

We thank the Court for consideration of this matter.

Sincerely,

*/s/ Anna V. Brown*
Anna V. Brown, Esq.

---

[1] Defendants may request any additional extension for filing their reply after service of the opposing papers.