**EXHIBIT A**

**CERTIFICATE OF ACCURACY**

I, the undersigned, CLARA ANGELICA PORTO CASKEY, hereby state, to the best of my knowledge and belief, under penalty of perjury under the laws of the United States, that I am fully competent in the Spanish and English languages, and that the attached document is an accurate translation of the original Spanish language document into the English language.

Dated: September 5, 2023

CLARA ANGELICA PORTO CASKEY
Journalist, Translator, Linguist and Voice Talent
Languages: EN, PT and SP

Contact:
clara.angelica@gmail.com

**I RESOLVE**:

**1. DENY THE BENEFIT OF RELEASE** to **Anton Petrovich Napolskiy**, as provided for articles 317 paragraph 1st, according to art. 317 of the C.P.P.N., [set of rules that determine the procedures of procedural law] to contrario sensu [contradictory conclusions], article 319 of the ritual and articles 221 and 222 of the C.P.P.F. **AND GRANT HER THE BENEFIT OF HOME PRISON**, with personal conditions referred to in the principal, in accordance with the provisions of paragraph j, art. 210 of the C.P.P.N., and order the imposition of the conditions provided for in subparagraphs a, b, d, e and f of article 210 of the C.P.P.F., and the promise to submit to the procedure and not to hinder the investigation, the prohibition to hold certain meetings, or communicate with any of the people involved in this case and to submit to an institution that is in charge of their surveillance, for what should officially request the Board of Released Parties for this purpose. Likewise, appoint Mrs. Sofía Laura Angélico (ID No. 34,990,899) as guardian, as responsible for ensuring compliance with the guidelines imposed when granting her the benefit in question.

**2. ORDER** prohibition to leave the country to the requesting party, Anton Petrovich Napolskiy, sending the corresponding DEOX [Electronic Filing of Official Letters to External Organizations] to Migrations.

**MAKE A RECORD AND LET IT BE KNOWN.**

Before me:

[barcode]
#37420232#355003869#20230112121213978

**RESUELVO:**

**1.DENEGAR EL BENEFICIO DE EXCARCELACIÓN** a **Anton Petrovich Napolskiy**, conf. arts. 317 inc. 1ero. en función del art. 316 del C.P.P.N., *a contrario sensu*, art. 319 del ritual y arts. 221 y 222 del C.P.P.F. **Y CONCEDERLE EL BENEFICIO DE PRISIÓN DOMICILIARIA**, de condiciones personales referidas en el principal, de conformidad a lo establecido en el inc. j art. 210 del C.P.P.N. e imponerle la imposición de las condiciones previstas en los incisos a, b, d, e y f del art. 210 del C.P.P.F., la promesa de someterse al procedimiento y de no obstaculizar la investigación, la prohibición de realizar determinadas reuniones, o comunicarse con ninguna de las personas involucradas en la presente causa y de someterse a una institución que se encargue de su vigilancia, por lo que se deberá oficiar al Patronato de Liberados a tal fin. Asimismo designar como guardadora a la Sra. Sofía Laura Angélico (D.N.I. N° 34.990.899), como responsable de velar por el cumplimiento de las pautas impuestas al otorgarle el beneficio en cuestión.

**2.ORDERNAR** la prohibición de salida del país del requerido Anton Petrovich Napolskiy, remitiendo el correspondiente DEOX a Migraciones.

**PROTOCOLÍCESE Y HÁGASE SABER.**

Ante mí:

**CERTIFICATE OF ACCURACY**

I, the undersigned, CLARA ANGELICA PORTO CASKEY, hereby state, to the best of my knowledge and belief, under penalty of perjury under the laws of the United States, that I am fully competent in the Spanish and English languages, and that the attached document is an accurate translation of the original Spanish language document into the English language.

Dated: September 5, 2023

CLARA ANGELICA PORTO CASKEY
Journalist, Translator, Linguist and Voice Talent
Languages: EN, PT and SP

Contact:
clara.angelica@gmail.com

     **1. DENY THE BENEFIT OF RELEASE** to **Valeriia Andreerna Ermakova**, as provided for articles 317 paragraph 1st, according to art. 317 of the C.P.P.N., [set of rules that determine the procedures of procedural law] to contrario sensu [contradictory conclusions], article 319 of the ritual and articles 221 and 222 of the C.P.P.F. **AND GRANT HER THE BENEFIT OF HOME PRISON**, with personal conditions referred to in the principal, in accordance with the provisions of paragraph j, art. 210 of the C.P.P.N., and order the imposition of the conditions provided for in subparagraphs a, b, d, e and f of article 210 of the C.P.P.F., and the promise to submit to the procedure and not to hinder the investigation, the prohibition to hold certain meetings, or communicate with any of the people involved in this case and to submit to an institution that is in charge of their surveillance, for what should officially request the Board of Released Parties for this purpose. Likewise, appoint Mrs. Sofía Laura Angélico (ID No. 34,990,899) as guardian, as responsible for ensuring compliance with the guidelines imposed when granting her the benefit in question.

     **2. ORDER** prohibition to leave the country to the requesting party, Valerria Andreerna Ermakova, sending the corresponding DEOX [Electronic Filing of Official Letters to External Organizations] to Migrations.

     **MAKE A RECORD AND LET IT BE KNOWN.**


Before me:


[barcode]
#37420262#354998298#20230112120926879

**1.DENEGAR EL BENEFICIO DE EXCARCELACIÓN** a **Valeriia Andreerna Ermakova**, conf. arts. 317 inc. 1ero. en función del art. 316 del C.P.P.N., *a contrario sensu*, art. 319 del ritual y arts. 221 y 222 del C.P.P.F. **Y CONCEDERLE EL BENEFICIO DE PRISIÓN DOMICILIARIA**, de condiciones personales referidas en el principal, de conformidad a lo establecido en el inc. j art. 210 del C.P.P.N. e imponerle la imposición de las condiciones previstas en los incisos a, b, d, e y f del art. 210 del C.P.P.F., la promesa de someterse al procedimiento y de no obstaculizar la investigación, la prohibición de realizar determinadas reuniones, o comunicarse con ninguna de las personas involucradas en la presente causa y de someterse a una institución que se encargue de su vigilancia, por lo que se deberá oficiar al Patronato de Liberados a tal fin. Asimismo designar como guardadora a la Sra. Sofía Laura Angélico (D.N.I. N° 34.990.899), como responsable de velar por el cumplimiento de las pautas impuestas al otorgarle el beneficio en cuestión.

**2.ORDERNAR** la prohibición de salida del país de la requerida Valerria Andreerna Ermakova, remitiendo el correspondiente DEOX a Migraciones.

**PROTOCOLÍCESE Y HÁGASE SABER.**

Ante mí:

#37420262#354998298#20230112120926879